
ORIGINAL

FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0713

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0713

IN RE THE MARRIAGE OF:

MATTHEW THOMAS BASQUE,

      Petitioner and Appellant,

and

GINA ALICIA BASQUE,

      Respondent and Appellee.

**O R D E R**

Appellant Matthew Thomas Basque has filed an unopposed motion for an extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 22, 2024, to file his opening brief.

DATED this 21 day of February, 2024.

      For the Court,

                    Chief Justice

**FILED**

FEB 2 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana